IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALLSTATE INSURANCE COMPANY                                                                 PLAINTIFF

V.                                              CASE NO. 13-CV-6113

DONALD MARTIN and PETER AND
MICHELLE PAZUCHOWSKI                                                                      DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Plaintiff Allstate Insurance Company. ECF No. 14. Defendant Donald Martin has responded. ECF No. 22. Allstate Insurance Company has filed a reply. ECF No. 26. The matter is ripe for the Court's consideration. For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Plaintiff's Motion for Summary Judgment (ECF No. 14) should be and hereby is **GRANTED**. Allstate has no duty to indemnify Martin for the damages alleged in the underlying lawsuit or to defend Martin in that action.

**IT IS SO ORDERED**, this 21st day of July, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge